# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2020

162087 & (18)(19)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SHENANDOAH RIDGE CONDOMINIUM
ASSOCIATION,
           Plaintiff-Appellee,

and

DONALD E. SKRELUNAS TRUST, SHARON A.
SKRELUNAS TRUST, and THOMAS GLISPIE,
           Plaintiffs/Counterdefendants/
           Cross-Plaintiffs-Appellees,

v

JOSEPH BODARY, BRENDA BODARY,
ROBERT FLYNN, HEATHER FLYNN, STUART
McROBBIE, and ANGELA McROBBIE,
           Defendants/Counterplaintiffs/
           Cross-Defendants-Appellants.

SC: 162087
COA: 354592
Livingston CC: 19-030471-CH

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 22, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2020



Clerk

a1027